# In the United States Court of Federal Claims

No. 97-693 C
(Filed: May 10, 2004)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * | * |
| | * |
| **INTERNATIONAL SCIENCE AND TECHNOLOGY INSTITUTE, INC.** | * * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * | * |

**ORDER**

On October 7, 2002, this action was stayed pending the Federal Circuit's decision in *International Science and Technology Institute, Inc., v. United States*, Fed. Cir. No. 02-5155. At that time, the parties were ordered to file a status report, jointly or separately, advising the Court of their intentions with respect to further proceedings in this action within 30 days of the final decision in that appeal. The final decision in the *International Science* appeal was made on April 13, 2004.

On May 6, 2004, Defendant filed its Unopposed Motion for Enlargement of Time to File Status Report. Defendant asks for an additional 45 days in which to file a status report, requesting that the Court extend the deadline from May 13, 2004, until June 28, 2004. That motion is hereby GRANTED.

Therefore, the parties are ORDERED to file a status report, jointly or separately, advising the Court as to their intentions with respect to further proceedings in this action on or before June 28, 2004.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge