IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERNATIONAL SCIENCE & TECHNOLOGY INSTITUTE, INC., | ) | |
| Plaintiff, | ) | No. 97-693C |
| v. | ) | (Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order of June 29, 2004, the parties submit the following joint status report.

The parties have not been able to resolve the dispute through settlement negotiations. Consequently, the parties intend to commence fact discovery within the next few weeks in anticipation of a potential resolution of the matter by motion(s) for summary judgment. Given the complex and technical nature of the merits of the case and defendant's belief that the summary judgment may be warranted for the reasons stated by the Court in International Science & Technology Institute, Inc. v. United States, case no. 96-251C, the parties believe that it may be most effective to confine discovery at this stage to the discrete issues raised in potential motion(s) for summary judgment. The parties will notify the Court in advance of the December 3, 2004, discovery deadline whether they believe expert discovery will be required, whether they believe it necessary to expand the scope of discovery beyond potentially those germane to the motion(s) for summary judgment and, if so, whether they believe that additional time to complete fact discovery is necessary.

The parties have further agreed that this joint status report may be electronically filed upon behalf of both parties by counsel for defendant.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Hilary S. Cairnie
HILARY S. CAIRNIE
Vorys Sater Seymour & Pease LLC
1828 L Street, N.W.
Washington, D.C. 20035
Tele: (202) 467-8888
Fax: (202) 533-9026

Attorneys for Plaintiff

s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/ Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L. St., N.W.
Washington, D.C. 20530
Tele: (202) 353-0527
Fax: (202) 514-8624

Attorneys for Defendant

September 17, 2004