# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| INTERNATIONAL SCIENCE & TECHNOLOGY INSTITUTE, INC., Plaintiff | No. 97-693C |
| v. | (Judge Damich) |
| THE UNITED STATES, Defendant. | |

## PLAINTIFF'S MOTION TO DISMISS

COMES NOW, the Plaintiff, International Science & Technology Institute, Inc., by and through counsel and, pursuant to RCFC 41(a)(2), hereby moves this Court to dismiss the above captioned matter.

There are no counterclaims pending against the Plaintiff in this matter. The Defendant does not oppose this motion.

Respectfully submitted,

Hilary S. Cairnie, Esq.
VORYS, SATER, SEYMOUR & PEASE, LLP
1828 L Street, N.W.
Eleventh Floor
Washington, D.C. 20036
Tele: (202) 467-8888
Fax: (202) 533-9026
*Counsel of Record for*
International Science & Technology
Institute, Inc.

December 1, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of December, 2004, I caused to be served by electronic mail and first class mail, postage pre-paid, a copy of *Plaintiff's Motion to Dismiss*, on the following person:

Andrew P. Averbach
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attention: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0290
Fax: (202) 515-7965

Hilary S. Cairnie

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERNATIONAL SCIENCE & TECHNOLOGY INSTITUTE, INC., Plaintiff | ) | No. 97-693C |
| v. | ) | (Judge Damich) |
| THE UNITED STATES, Defendant. | ) | |

## ORDER

Based upon a review of plaintiff's December 1, 2004, unopposed motion to dismiss, it is hereby ORDERED:

1. Plaintiff's motion is granted.
2. The above captioned matter is **DISMISSED**.

______________________________
Chief Judge Damich